**Dejuan L. TUCKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

ED 102870

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: February 9, 2016

Maleaner Harvey, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Kurt S. Odenwald, J. and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM.

DeJuan Tucker (Movant) appeals from the motion court's judgment denying his motion for post-conviction relief under Missouri Rule of Criminal Procedure 29.15 without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The

parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).